DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMMY WOFFORD,**
Appellant,

v.

**BRIAN K. WOFFORD,**
Appellee.

No. 4D14-4349

[May 27, 2015]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Amy Smith, Judge; L.T. Case No. 2007DR3534XXXXNB.

Jeffrey Begens of Law Office of Jeffrey Begens, P.A., Palm Beach Gardens, for appellant.

Stuart R. Manoff of The Law Office of Stuart R. Manoff & Associates, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. Civ. P. 1.540(b)(5) ("[T]hat the judgment or decree has been satisfied, released, or discharged, or a prior judgment or decree upon which it is based has been reversed or otherwise vacated, or it is *no longer equitable* that the judgment or decree should have prospective application.") (emphasis added).

WARNER, GROSS and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***